**DEUTSCH RESNICK, P.A.**
One University Plaza-Suite 305
Hackensack, NJ 07601
(201) 498-0900
Attorney for Plaintiff
Jonathan I. Nirenberg, Esq. (2954)



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHRISTOPHER CHEMI, Individually, and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>CHAMPION MORTGAGE, KEYBANK NATIONAL ASSOCIATION and KEYCORP,<br><br>Defendants. | Case No.: 2:05-cv-1238 (WHW)<br><br>**ORDER** |

This matter having been brought before the Court upon the application of Deutsch Resnick, P.A., attorneys for Plaintiff, Christopher Chemi, individually, and on behalf of all others similarly situated, seeking entry of an Order to strike from the record Docket Entry No. 10 (which is Plaintiffs' Notice of Filing Consent(s) to Join Pursuant to 29 U.S.C. §§207, 211 (c), 216(b)1 and the supporting Certifications of Jonathan Hauch, Ronald M. Johnson, Todd H. King, Jason G. Perdikis and Jesse Terry), which was erroneously filed by Plaintiffs' counsel on May 5, 2005, and for good cause shown:

IT IS on this 17 day of May 2005;

**ORDERED** that Plaintiffs' Motion is granted and the Court shall strike Docket Entry No.10 within 10 days after the entry of this Order; and it is further

**ORDERED** that a copy of this Order shall be served upon all counsel of record within \_\_7\_\_ days of the date of entry.

_____
WILLIAM H. WALLS, J.S.C.

( ) OPPOSED
(✓) UNOPPOSED