IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHRISTOPHER CHEMI, BRIAN GAGLIARDI, MARY INTILE, MICHAEL LAURETTI and SCOTT MOODY, Individually, and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>CHAMPION MORTGAGE, KEYBANK NATIONAL ASSOCIATION and KEYCORP,<br><br>Defendants. | **ORDER ON ORAL MOTION**<br><br>Case No. 2:05-CV-1238 (WHW) |

### STIPULATION EXTENDING TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO THIRD AMENDED COMPLAINT

**IT IS HEREBY STIPULATED AND AGREED**, by and between counsel for the parties in the above-captioned matter, that, in light of the parties' agreement to settle this matter, the time for defendants Champion Mortgage, Keybank National Association and Keycorp to answer, move or otherwise respond to the Third Amended Complaint in the above-captioned matter is hereby extended and stayed until such time as the Court may direct, but in no event shall a response be required before March 30, 2008.

10878018

- 2 -

Dated: February 6, 2008

| **RESNICK NIRENBERG & SIEGLER** | **NIXON PEABODY LLP** |
|---|---|
| By: /s/ Jonathan I. Nirenberg<br>Jonathan I. Nirenberg (JIN 2954)<br>100 Eagle Rock Avenue, Suite 300<br>East Hanover, New Jersey 07936<br>(973) 781-1204<br>jnirenberg@njemploymentlawfirm.com | By: /s/ Amy L. Ventry<br>Amy L. Ventry (AV 0691)<br>50 Jericho Quadrangle, Suite 300<br>Jericho, New York 11753<br>(516) 832-7500<br>aventry@nixonpeabody.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

**SO ORDERED:**

/s/Claire C. Cecchi
_____
~~William H. Walls, U.S.D.J.~~
HON. CLAIRE C. CECCHI, USMJ

DATED: February 19, 2008